UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Namel Norris,

                Plaintiff,

-against-

Akanoren, Inc., et al.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/28/2020

1:19-cv-03064 (ALC) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    The parties shall submit a joint letter regarding the status of settlement and discovery no later than Friday, February 14, 2020.

**SO ORDERED.**

DATED:    New York, New York
                January 28, 2020

_____
STEWART D. AARON
United States Magistrate Judge