USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2/4/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NAMEL NORRIS,<br><br>       Plaintiff,<br><br>-against-<br><br>AKANOREN INC., ET AL.,<br><br>       Defendants. | 1:19-cv-03064 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to this Court that this case has been or will be settled, it is hereby **ORDERED** that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

**SO ORDERED.**

Dated: February 4, 2020
   New York, New York

                _____
                ANDREW L. CARTER, JR.
                United States District Judge